# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0407-CV-W-DW |
| | ) | |
| CURTIS KOHLER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Stipulation for Dismissal with Prejudice. (Doc. 21).

Pursuant to Plaintiff's Stipulation, the case is hereby DISMISSED WITH PREJUDICE with the

costs of the action to be borne by the party that incurred them.

The Clerk of the Court shall mark this case as closed.

IT IS SO ORDERED.


Date:    June 14, 2007                                     /s/ Dean Whipple
                                                                    Dean Whipple
                                                          United States District Judge